## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| TANAKA L. BIRDO, | Civil No. 20-1107 (JRT/ECW) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| DREW EVANS, | |
| Defendant. | |

David F. Chermol, **CHERMOL & FISHMAN LLC,** 11450 Bustleton Avenue, Philadelphia, PA 19116, for plaintiff.

James D. Sides, SSA-Ogc, **SOCIAL SECURITY ADMINISTRATION,** Office of the General Counsel - Suite 340, 1301 Young Street, Ste Mailroom 104, Dallas, TX 75202, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 21, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 10, 2020
in Minneapolis, Minnesota at 10:30 AM

                                                                                    s/John R. Tunheim_____
                                                                                     JOHN R. TUNHEIM
                                                                                     Chief Judge

United States District Court